A CERTIFIED TRUE COPY

JAN -2 2001

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

JAN 08 2001

CLERK US DIST COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

Dec. 14, 2000

MICHAEL J. BECK
CLERK OF THE PANEL

*DOCKET NO. 875*

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

00-2562

## *(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-185)*

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 66,626 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN -2 2001

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

FILED 1-8-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(4)

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 01/04/01
ATTEST:

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

Dec. 14, 2000

MICHAEL J. BECK
CLERK OF THE PANEL

# SCHEDULE CTO—185 — TAG ALONG CASES
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| ARIZONA | | |
| AZ | 2 | 00-2023 |
| CALIFORNIA NORTHERN | | |
| CAN | 3 | 00-4192 |
| FLORIDA MIDDLE | | |
| FLM | 3 | 00-1273 |
| ILLINOIS CENTRAL | | |
| ILC | 1 | 00-1389 |
| ILC | 3 | 00-3296 |
| ILLINOIS NORTHERN | | |
| ILN | 1 | 00-3973 |
| ILN | 1 | 00-7343 |
| ILLINOIS SOUTHERN | | |
| ILS | 3 | 00-900 |
| ILS | 4 | 00-4291 |
| INDIANA SOUTHERN | | |
| INS | 4 | 00-217 |
| KENTUCKY WESTERN | | |
| KYW | 3 | 00-765 |
| KYW | 3 | 00-766 |
| LOUISIANA MIDDLE | | |
| LAM | 3 | 00-890 |
| ~~LAM~~ | ~~3~~ | ~~00-898~~ Opposed 12-26-00 |
| MASSACHUSETTS | | |
| MA | 1 | 84-4115 |
| MAINE | | |
| ME | 2 | 00-361 |
| ME | 2 | 00-364 |
| ME | 2 | 00-366 |
| MINNESOTA | | |
| ~~MN~~ | ~~0~~ | ~~00-2526~~ Opposed 12-27-00 |
| ~~MN~~ | ~~0~~ | ~~00-2527~~ |
| ~~MN~~ | ~~0~~ | ~~00-2528~~ |
| ~~MN~~ | ~~0~~ | ~~00-2530~~ |
| MN | 0 | 00-2562 |
| MN | 0 | 00-2563 |
| NORTH CAROLINA MIDDLE | | |
| NCM | 1 | 00-1138 |
| NCM | 1 | 00-1140 |
| NCM | 1 | 00-1141 |
| NCM | 1 | 00-1142 |
| NCM | 1 | 00-1144 |
| NCM | 1 | 00-1145 |
| NCM | 1 | 00-1151 |
| NCM | 1 | 00-1155 |
| NCM | 1 | 00-1159 |
| NCM | 1 | 00-1196 |
| NCM | 1 | 00-1217 |
| NORTH CAROLINA WESTERN | | |
| NCW | 1 | 00-259 |
| NCW | 1 | 00-260 |
| NCW | 1 | 00-262 |
| NCW | 3 | 00-577 |
| NCW | 5 | 00-171 |
| NCW | 5 | 00-172 |
| NCW | 5 | 00-183 |
| NEW HAMPSHIRE | | |
| NH | 1 | 00-547 |
| NEW MEXICO | | |
| NM | 1 | 00-1568 |
| NEVADA | | |
| NV | 2 | 00-1340 |
| NEW YORK EASTERN | | |
| NYE | 1 | 00-6810 |
| OKLAHOMA WESTERN | | |
| OKW | 5 | 00-1846 |
| OKW | 5 | 00-1847 |
| SOUTH CAROLINA | | |
| SC | 2 | 00-3473 |
| SC | 2 | 00-3474 |
| SC | 2 | 00-3478 |
| SC | 2 | 00-3479 |
| SC | 2 | 00-3480 |
| SC | 2 | 00-3501 |
| SC | 2 | 00-3505 |
| SC | 2 | 00-3511 |
| SC | 2 | 00-3512 |
| SC | 2 | 00-3515 |
| SC | 2 | 00-3526 |
| SC | 2 | 00-3527 |
| SC | 2 | 00-3528 |
| SC | 2 | 00-3646 |
| SC | 2 | 00-3647 |
| SC | 2 | 00-3652 |
| SC | 2 | 00-3669 |
| SC | 6 | 00-3565 |
| SC | 6 | 00-3566 |
| TEXAS EASTERN | | |
| TXE | 5 | 00-317 |
| TEXAS SOUTHERN | | |
| TXS | 4 | 00-4056 |
| TXS | 4 | 00-4057 |
| TXS | 4 | 00-4058 |
| TXS | 4 | 00-4059 |
| TXS | 4 | 00-4060 |
| TXS | 4 | 00-4061 |
| TXS | 4 | 00-4062 |
| TXS | 4 | 00-4063 |
| WISCONSIN WESTERN | | |
| WIW | 3 | 00-682 |
| WIW | 3 | 00-687 |
| WIW | 3 | 00-688 |
| WIW | 3 | 00-689 |

F I L E   C O P Y

Date: January 10, 2001 jr

R E C O R D   O F   D O C K E T   T E X T

0:00-cv-02562 Donatell v. Burlington Northern

DOCKET ENTRY

Filed 1/8/01

Certified copy of Conditional Transfer ORDER (Michael J. Beck, Clerk of the MDL Panel) Case transferred to Eastern Dist of: Pennsylvania 2pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL