IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

ROBERT DONATELL, CONRAD CARPENTER, JOSEPH CICCHESE and ANDREW ASCHITTINO,

Plaintiffs,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation, Successor-in-Interest to the Great Northern Railway Company,

Defendant.

CIVIL ACTION NO. 00-CV-2562 DSD/JMM

**STIPULATION FOR PARTIAL DISMISSAL OF CLAIMS WITH PREJUDICE**

---

The above-entitled action, having been compromised and settled between Plaintiffs Robert Donatell, Conrad Carpenter and Joseph Cicchese only and Defendant The Burlington Northern and Santa Fe Railway Company, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and said parties hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 1/31, 2003.

By [signature]
Mark J. Fellman, #28782
213 East Fourth Street, Suite 200
St. Paul, MN 55101
(651) 225-5600

FEB 10 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

John D. Roven (Texas ID No. 17327900)
JOHN ROVEN & ASSOCIATES, P.C.
2190 North Loop West, Suite 410
Houston, TX 77018
(713) 465-8522

Counsel for Plaintiffs

Dated: 1/29, 2003. SPENCE, RICKE, SWEENEY & GERNES, P.A.

By [signature]
Timothy K. Masterson, #203294
Attorneys for Defendant The Burlington Northern and Santa Fe Railway Company
600 Degree of Honor Building
325 Cedar Street
St. Paul, Minnesota 55101
(651) 223-8000

ORDER

Upon the foregoing Stipulation

IT IS HEREBY ORDERED that Judgment shall forthwith be entered dismissing the above-mentioned action as to Plaintiffs Robert Donatell, Conrad Carpenter and Joseph Cicchese only against Defendant The Burlington Northern and Santa Fe Railway Company, with prejudice on the merits and without cost or disbursements to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED: 2/10/03

BY THE COURT

[signature]
JUDGE OF U. S. DISTRICT COURT

s:\donatell, robert\pleading\stip dism.doc\tw