O AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Robert Donatell, Conrad Carpenter,
Joseph Cicchese and Andrew Aschittino

V.

Burlington Northern and Santa Fe Railway Company, a Delaware corporation, Successor-in-Interest to the Great Northern Railway Company

## JUDGMENT IN A CIVIL CASE

Case Number: 00-2562 DSD/JMM

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgement shall forthwith be entered dismissing the above mentioned action as to Plaintiff Andrew Aschittino against Defendant the Burlington Northern and Santa Fe Railway Company, with prejudice on the merits and without costs or disbursements to either party.

June 28, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Victoria Moralez
(By) Victoria Moralez, Deputy Clerk